IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00062-WYD-KLM

PHEBE LASSITER,

     Plaintiff,

v.

ALLIED INTERSTATE LLC, a Minnesota limited liability company,

     Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

     THE COURT, having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, hereby

     ORDERS that this case is **DISMISSED WITH PREJUDICE**, with each party to pay her or its own attorney's fees and costs.

     Dated:  February 8, 2013.

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                WILEY Y. DANIEL,
                                SENIOR UNITED STATES DISTRICT JUDGE